

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>Ashley Susan MAHER,<br><br>          Defendant. | Case No.: **20-mj-1822**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about May 12, 2020, within the Southern District of California, Ashley Susan MAHER, did knowingly and intentionally import 500 grams and more, to wit: approximately 43.72 kilograms (96.38 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                                         Special Agent Carmen Jacobsen<br>
                                                         Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1. this 15th of May 2020.

                                                         HON. LINDA LOPEZ<br>
                                                         U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On May 12, 2020 at approximately 10:23 p.m. Ashley Susan MAHER ("MAHER"), a United States Citizen, attempted to enter the United States from Mexico through the San Ysidro Port of Entry ("POE") in vehicle lane #3. MAHER was the driver and sole occupant of a black 2017 Honda CR-V ("the vehicle") bearing a California license plate.

A Customs and Border Protection Officer ("CBPO") was conducting primary vehicle inspections when MAHER approached the primary vehicle booth in the vehicle. The CBPO conducted a primary inspection of MAHER and the vehicle. MAHER provided two negative customs declarations to the CBPO. The CBPO received a computer-generated alert for the vehicle and referred MAHER and the vehicle to the secondary inspection lot.

The vehicle and MAHER were escorted to the secondary inspection lot where a Canine Enforcement Officer ("CEO") and their assigned Narcotics Human Detection Dog ("NHDD") screened the vehicle. The CEO received an alert followed by an indication by the NHDD to a trained odor of narcotics to the floor of the vehicle.

CBPOs conducted the secondary inspection of the vehicle and discovered an aftermarket compartment built into the floor of the vehicle. The aftermarket compartment had access panels under the front driver and passenger seats. CBPOs removed the bolts holding down the front seats and removed the seats revealing multiple plastic wrapped packages.

CBPOs removed 105 plastic wrapped packages from the aftermarket compartment in the vehicle. A sample of the substance contained within the packages field tested positive

for the characteristics of methamphetamine.  The total net weight of the methamphetamine was approximately 43.72 kilograms (96.38 pounds).  The methamphetamine, cellphone and the vehicle were seized as evidence.

On May 13, 2020 at approximately 1:43 a.m., MAHER was arrested and charged with violation of Title 21 United States Code 952 & 960; Importation of a Controlled Substance and served with a Notice to Appear.