U.S. Department of Justice

**ROBERT S. BREWER, JR.**
United States Attorney
Southern District of California

MICHELLE M. PETTIT        (619) 546-7972
Assistant U.S. Attorney        Fax (619) 546-0510
Email:        michelle.pettit@usdoj.gov

San Diego County Office        Imperial County Office
Federal Office Building        516 Industry Way
880 Front Street, Room 6293        Suite C
San Diego, California 92101-8893        Imperial County, California 92251-5782

## NOTICE TO APPEAR

RE:    UNITED STATES OF AMERICA        Magistrate Case No.: **20-mj-1822**
       v.        For Violation of 21 U.S.C. §§ 952 and 960
       Ashley Susan MAHER

You are hereby notified that your case will be called for first appearance on August 4th, 2020, at the hour of 2:00 p.m., in the United States Magistrate Court, United States Courthouse, 221 West Broadway, San Diego, California, 92101. You should report to the courtroom of the Duty Magistrate for that day. You are to be present in court at the time and date set forth above. If you are not present, a warrant may be issued for your arrest.

You may be charged with a criminal offense. You are strongly advised to consult with an attorney before the above court appearance. If you do not have funds to hire an attorney, you may qualify for appointed counsel. If you have any questions about attorney representation, you may contact Federal Defenders of San Diego, Inc. at (619) 234-8467.

Within 24 hours of receipt of this notice, please contact the U.S. Pretrial Services Office by calling 619-557-5738. The U.S. Pretrial Services Office is located on the 6th floor of the James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, California 92101.

       ROBERT S. BREWER, JR.
       United States Attorney
       s/ *Michelle M. Pettit*
       MICHELLE M. PETTIT
       Assistant United States Attorney

---

I hereby acknowledge the fact that I must appear on the date above, and by affixing my signature, do promise to appear as ordered.

Signed: *Ashley Maher*

Dated: 5/13/2020

Presented by: _____ (Agent's Signature)

Andrew Bolton / HSI _____ (Agent's Name/Agency)