# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>ASHLEY SUSAN MAHER,<br><br>                  Defendant. | Case No. _____<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 -<br>Importation of<br>Methamphetamine (Felony) |

The United States Attorney charges:

On or about May 12, 2020, within the Southern District of California, defendant, ASHLEY SUSAN MAHER, did knowingly and intentionally import 500 grams and more, to wit: approximately 43.72 kilograms (96.38 pounds) of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 10, 2020.

                                    ROBERT S. BREWER, JR.
                                    United States Attorney

                                    *Nicholas Hernandez*

                                    NICHOLAS J. HERNANDEZ
                                    Assistant U.S. Attorney

NJH:cd:5/20/2020