**FILED**

AUG 04 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ASHLEY SUSAN MAHER,<br><br>　　　　　　Defendant. | Case No. **20cr1586-GPC**<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 -<br>Importation of<br>Methamphetamine (Felony) |

The United States Attorney charges:

On or about May 12, 2020, within the Southern District of California, defendant, ASHLEY SUSAN MAHER, did knowingly and intentionally import 500 grams and more, to wit: approximately 43.72 kilograms (96.38 pounds) of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 10, 2020 .

　　　　　　　　　　　　　　　ROBERT S. BREWER, JR.
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　*Nicholas Hernandez*

　　　　　　　　　　　　　　　NICHOLAS J. HERNANDEZ
　　　　　　　　　　　　　　　Assistant U.S. Attorney

NJH:cd:5/20/2020