## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 20-mj-1822-LL |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Ashley Susan Maher | Booking No. |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  8/4/2020
the Court entered the following order:

<u>     X     </u>  Defendant be released from custody.

_____  Defendant placed on supervised / unsupervised probation / supervised release.

_____  Defendant continued on supervised / unsupervised probation / supervised release.

_____  Defendant released on _____ Bond posted.

<u>     X     </u>  Defendant appeared in Court. FINGERPRINT & RELEASE.

_____  Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

_____  Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____  Bench Warrant Recalled.

_____  Defendant forfeited collateral.

_____  Case dismissed.

_____  Case dismissed, charges pending in case no.

_____  Defendant to be release to Pretrial Services for electronic monitoring.

_____  Other.

DANIEL E. BUTCHER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by   A. Corsello  446-3576

8/4/20
Electronically Sent to USMS

Crim-9 (Rev. 05/20)
Original

# Rhea Andrews

**From:**              <CAS.Releases@usdoj.gov>
**To:**                Rhea Andrews
**Sent:**              Tuesday, August 04, 2020 4:23 PM
**Subject:**           Read: Maher Abstract

Your message

   To: CAS Releases
   Subject: Maher Abstract
   Sent: Tuesday, August 4, 2020 11:19:25 PM (UTC+00:00) Monrovia, Reykjavik

 was read on Tuesday, August 4, 2020 11:21:06 PM (UTC+00:00) Monrovia, Reykjavik.