UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>ASHLEY MAHER,<br><br>                              Defendant. | Case No.: 20-CR-1586-GPC<br><br>**ORDER GRANTING MOTION TO CONTINUE SELF-SURRENDER DATE** |
|---|---|

For good cause, this Court grants Ms. Maher's motion to continue her self-surrender date and stays the respective bench warrant to January 4, 2021.

**IT IS SO ORDERED.**

Dated:  December 14, 2020

_____
Hon. Gonzalo P. Curiel
United States District Judge