# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Ashley Maher

**WARRANT FOR ARREST**

C16945-298

Case Number: 20CR1586-GPC

FILED
JAN 15 2021
CLERK
SOUTHERN DISTRICT COURT
BY _____ CALIFORNIA
DEPUTY

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Ashley Maher
                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                 ☐ Pretrial Violation

charging him or her with (brief description of offense):

DATE: 01/12/2021
ARRESTED BY: DEO RATLIFF

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____ DC

In violation of Title   See Above   United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

s/ K. Ridgeway
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

1/6/2021 San Diego, CA
Date and Location

Bail fixed at $   NO BAIL   by   The Honorable Gonzalo P. Curiel
                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |