**JESSICA J. OLIVA**
California State Bar No. 312435
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Jessica_Oliva@fd.org

Attorneys for Ms. Ashley Maher

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 20-CR-1586-GPC |
|---|---|
| Plaintiff, | Hon. Gonzalo P. Curiel |
| v. | Date: February 17, 2021 |
|  | Time: 1:30 p.m. |
| ASHLEY SUSAN MAHER, | **MEMORANDUM OF LAW IN SUPPORT OF APPEAL OF DETENTION ORDER** |
| Defendant. |  |

Ms. Ashley Susan Maher hereby requests that the Court set conditions of release in her case to require a $30,000 personal appearance bond secured by the signature of one financially responsible person and a condition that she participate in a San Diego residential drug treatment program.

Ms. Maher is a thirty-six year-old United States citizen who remains committed to addressing her substance abuse issues and enrolling in a San Diego residential drug treatment program. As such, Ms. Maher requests that the Court promptly review her conditions of release and set them to require:

(1) a $30,000 personal appearance bond;

(2) secured by the signature of one financially responsible adult; and

(3) Ms. Maher to be released directly to, and reside at a residential drug treatment program approved by Pretrial Services.

Ms. Maher's close friend is willing to serve as the surety in her case and the defense is in the process of securing a bed at a San Diego residential drug treatment program. *See* Exhibit A, Bond Packet.

## I. Background

Ms. Maher has lived in the United States, specifically in Colorado, her entire life. Her parents and sister live in Colorado as well. Ms. Maher completed the eighth grade and obtained her G.E.D. in 2008. Prior to her arrest, she was working at "Powerhouse Electric." Admittedly, Ms. Maher battles with a drug addiction and hopes to address her issues by enrolling in a residential drug treatment program in San Diego. Ms. Maher is in the process of securing bed space at a local residential program.

## II. Procedural History

On May 12, 2020, Ms. Maher was arrested and accused of importing a controlled substance, in violation of 21 U.S.C. §§ 952 and 960. She was released and ordered to appear on August 4, 2020. Nearly three months later, Ms. Maher drove from Colorado to San Diego to attend her initial appearance. The magistrate court set a $20,000 personal appearance bond, secured by the signature of one financially responsible adult and a $1,000 cash deposit. *See* ECF. No. 12. On September 4, 2020, this Court modified Ms. Maher's bond to a $10,000 own signature bond with a condition that she complete a residential drug treatment program. *See* ECF No. 26.

Unfortunately, Ms. Maher did not enroll and the Court subsequently issued a bench warrant. *See* ECF No. 31. On November 18, 2020, Ms. Maher made a telephonic appearance at a motion hearing and the Court granted her request to self-surrender. *See* ECF No. 36. Due to her COVID-19 exposure and subsequent diagnosis, the Court ordered Ms. Maher to self-surrender by January 4, 2021. *See* ECF No. 45. Ms. Maher self-surrendered on January 12, 2021. *See* ECF No. 51.

On January 28, 2021, Magistrate Judge Dembin denied Ms. Maher's request for bond and ordered her detained.

### III. Ms. Maher does not pose a risk of flight or a danger to the community.

Ms. Maher poses neither a serious risk of flight, nor any danger to the community. The Bail Reform Act ("BRA") directs courts to consider "length of residence in the community" and "community ties," both of which weigh in favor of setting conditions of release. Ms. Maher has lived in the United States her entire life. Her family lives in Colorado and they remain supportive. She travelled from Colorado nearly three months after her arrest to attend her initial appearance. She made all of her telephonic court appearances even after the Court issued a bench warrant and traveled to San Diego to self-surrender. Though Ms. Maher did fail to enroll in residential drug treatment, she is now ready to take steps in the right direction. She is sober and sincerely ready to commit to completing a residential drug treatment program. Additionally, there is no evidence which shows that Ms. Maher is a danger to the community.

As such, she asks this Court to set bond and allow her to be directly released into a residential drug treatment program.

### IV. Conclusion

For the reasons stated above, Ms. Maher respectfully requests that the Court set conditions of release to require:

(1) a $30,000 personal appearance bond;

(2) secured by the signature of one financially responsible adult; and

(3) Ms. Maher to be released directly to, and reside at a residential drug treatment program approved by Pretrial Services.

Respectfully submitted,

Dated: February 5, 2021        *s/ Jessica J. Oliva*
Federal Defenders of San Diego, Inc.
Attorneys for Ashley Susan Maher
Email: Jessica_Oliva@fd.org

3                    20-CR-1586-GPC
MEMORANDUM OF LAW IN SUPPORT OF APPEAL OF DETENTION ORDER