ROBERT S. BREWER, JR.
United States Attorney
NICHOLAS J. HERNANDEZ
New York Bar No. 5185277
Assistant U.S. Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7029
Email:  Nicholas.hernandez@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY SUSAN MAHER,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 20-CR-1586-GPC<br><br>**NOTICE OF GOVERNMENT REPRESENTATIONS REGARDING PLEA AGREEMENT (ECF No. 49)** |

COMES NOW, the United States of America, by and through its counsel, Robert S. Brewer, Jr., United States Attorney, and Nicholas J. Hernandez, Assistant U.S. Attorney, and files this Notice to advise the Court that in addition to all of the agreements between the parties set forth in the lodged plea agreement (ECF No. 49), the United States represents and agrees to be bound as follows:

Recommendation Regarding New Government Sentencing Recommendation

☐      Although the plea agreement contemplates that the United States can recommend a custodial sentence, the United States will recommend the defendant be sentenced to:

☐ the time served in custody at the time of sentencing, followed by three years of supervised release; or

☐ five years of probation.

Representation Regarding "Safety Valve"

☐ The United States agrees that the defendant has satisfied the 5th prong of Safety Valve.  In the event that the defendant fails to qualify for Safety Valve due to unknown and non-aggravated criminal history, the United States will join in a motion to withdraw the guilty plea and then extend a new offer for the defendant to plead to a non-mandatory minimum charge.

☒ In the event that the defendant does not qualify for Safety Valve either due to unknown and non-aggravated criminal history or due to failure to satisfy the 5th prong of Safety Valve, the United States will join in a motion to withdraw the guilty plea and then extend a new offer for the defendant to plead to a non-mandatory minimum charge.

WHEREFORE, the United States respectfully requests that the Court consider the information contained in this Notice and confirm the defendant's understanding of the Government's representations contained herein during the change of plea hearing.


DATED:  February 19, 2021

Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

 /s/ Nicholas J. Hernandez
NICHOLAS J. HERNANDEZ
Assistant U.S. Attorney