# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      V.<br><br>Ashley Susan Maher,<br><br>      Defendant. | Criminal Case No. 20CR1586-GPC<br><br><u>ORDER</u> |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1 of the Information.

Dated:   March 8, 2021

_____
HON. GONZALO P. CURIEL
United States District Judge